UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs. | § | **CRIMINAL NO. B-25-MJ-005** |
| **CRISTINA CASTILLO** | § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about August 22, 2025, in the Southern District of Texas, Defendant,

**CRISTINA CASTILLO**,

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Homeland Security Investigations Special Agent Jack Stevens, while he was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Sections 111(a)(1).

Respectfully Submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*Victoria Aranda* (signature)

Victoria Aranda
Assistant U.S. Attorney
State Bar No. 24116037
Federal Bar No. 3870523
600 E. Harrison, Ste. 201
Brownsville, TX 78520