AO 86A  (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

FILED

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

OCT  2 2025

NATHAN OCHSNER
CLERK OF COURT

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Cristina Castillo | ) | Case No. **1:25-MJ-005-01** |
| _____ Defendant | ) | |
| | ) | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty.  The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_____
Defendant's signature

## Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
Defendant's signature

The United States consents to the jury-trial waiver:
_____
Government representative's signature

Luis Salazar    AUSA
Government representative's printed name and title

## Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
Defendant's signature

Sara Stapleton Barrera
Printed name of defendant's attorney (if any)

_____
Signature of defendant's attorney (if any)

Date:  10-3-2025

Approved by:  _____
Magistrate Judge's signature